The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIRHAVEN GROUP, INC. d/b/a BRENTHAVEN,<br><br>Plaintiff,<br><br>vs.<br><br>RIVERSIDE TECHNOLOGIES, INC., and DOES 1-10,<br><br>Defendants. | No. 16-01962 JLR<br><br>STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE FOR FILING RESONSIVE PLEADING AND [~~PROPOSED~~] ORDER GRANTING SAME<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 16, 2017 |



## STIPULATION

All parties, by and through their respective attorneys of record, stipulate that defendants Riverside Technologies, Inc., and Does 1-10, may file their responsive pleading in this case on or before March 15, 2017.

DATED this 16th day of February, 2017.

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205

Attorneys for Defendants

By /s/ Michael T. Callan
Michael T. Callan
WSBA# 16237
Peterson Russell Kelly PLLC
10900 NE Fourth Street, Suite 1850
Bellevue, WA 98004-8341

Attorneys for Plaintiff

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE FOR FILING
RESONSIVE PLEADING AND ORDER
GRANTING SAME -- 1

ATKINS IP
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701

## ORDER

Having considered the above stipulation, the Court ORDERS as follows:

1. The stipulated motion is granted.

2. Defendants' responsive pleading is due on or before March 15, 2017.

DATED this 16th day of February, 2017.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
113 Cherry Street #18483
Seattle, WA 98104-2205
Phone: (206) 628-0983
E-mail: mike@atkinsip.com

Attorneys for Defendants

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE FOR FILING
RESONSIVE PLEADING AND ORDER
GRANTING SAME -- 2

ATKINS IP
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I served a true and correct copy of the document as follows:

| | |
|---|---|
| Michael T. Callan<br>Peterson Russell Kelly PLLC<br>10900 NE Fourth Street, Suite 1850<br>Bellevue, WA 98004-8341<br>mcallan@prklaw.com<br><br>Attorneys for Plaintiff | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☐ Email<br>☒ ECF |

Dated: February 16, 2017            /s/ Michael G. Atkins

STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE FOR FILING
RESONSIVE PLEADING AND ORDER
GRANTING SAME -- 3

**ATKINS IP**
113 Cherry Street #18483
Seattle, WA 98104-2205
(206) 628-0983/Fax: (206) 299-3701