The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAIRHAVEN GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE TECHNOLOGIES INC., et al., <br><br> Defendants, <br><br> And Counterclaims. | Case No. 2:16-cv-01962-JLR <br><br> [~~Proposed~~] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT RIVERSIDE TECHNOLOGIES, INC.'S COUNTERCLAIM |

The Court having considered the parties' stipulation to extend the deadline for Plaintiff Fairhaven Group, Inc. d/b/a Brenthaven ("Brenthaven") to respond to the Counterclaim of Defendant Riverside Technologies, Inc. ("Riverside"), and for good cause shown, HEREBY ORDERS THAT Brenthaven shall have an extension

/////

ORDER ON STIPULATION TO EXTEND TIME TO
RESPOND TO RIVERSIDE TECHNOLOGIES,
INC.'S COUNTERCLAIM – 1
Case No. 16-01962-JLR
ACTIVE\45313114.v2-4/10/17

104593 102 hd104b16e6

of time to file a response to Riverside's Counterclaim up to and including May 1, 2017.

**IT IS SO ORDERED.**

Dated: 11 April 2017

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO EXTEND TIME TO
RESPOND TO RIVERSIDE TECHNOLOGIES,
INC.'S COUNTERCLAIM -- 2
Case No. 16-01962-JLR
ACTIVE\45313114.v2-4/10/17

104593 102 hd104b16e6