The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAIRHAVEN GROUP INC., <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE TECHNOLOGIES INC., et al., <br><br> Defendants, <br><br> And Counterclaims. | Case No. 2:16-cv-01962-JLR <br><br> [Proposed] ORDER ON STIPULATION TO EXTEND TIME FOR (1) PLAINTIFF FAIRHAVEN GROUP INC. TO RESPOND TO DEFENDANT RIVERSIDE TECHNOLOGIES, INC.'S COUNTERCLAIM; (2) THE PARTIES TO FILE THEIR JOINT STATUS REPORT. |

The Court having considered the parties' stipulation to extend the deadline until May 12, 2017 for Plaintiff Fairhaven Group, Inc. d/b/a Brenthaven ("Brenthaven") to file and serve a response to Defendant Riverside Technologies, Inc.'s Counterclaim and for the parties to file their Rule 26(f) Report, and for good cause shown, HEREBY ORDERS THAT Brenthaven shall have an extension of

time to file a response to Riverside's Counterclaim up to and including May 12, 2017, and the parties shall have an extension of time to file their Joint Status Report up to and including May 12, 2017.

**IT IS SO ORDERED.**

Dated: 2 May 2017

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[Proposed]   ORDER ON STIPULATION TO
             EXTEND TIME — 2

ACTIVE\45578339.v1-4/28/17